O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN GARY MERROW, ) | CASE NO. CV 11-09171 RZ |
| ) Plaintiff, ) | |
| ) | JUDGMENT |
| vs. ) | |
| ) | |
| MICHAEL J. ASTRUE, Commissioner ) of Social Security, ) | |
| ) | |
| Defendant. ) | |

In accordance with the Memorandum Opinion and Order filed concurrently herewith,

IT IS ORDERED AND ADJUDGED that the Commissioner's decision is AFFIRMED.

DATED: June 28, 2012

_____
RALPH ZAREFSKY
UNITED STATES MAGISTRATE JUDGE